IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN EDWARD VILLAFRATE,<br><br>Defendant. | Case No. 2:21-MJ-04406<br><br>**ORDER OF DETENTION** |

On September 24, 2021, Defendant John Edward Villafrate made his initial appearance on the Complaint filed in this matter. Deputy Federal Public Defender Neha Christerna was appointed to represent Defendant. A detention hearing was held.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a crime of violence.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:

☐ the appearance of the defendant as required.

☒ the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the defendant;

(c) the history and characteristics of the defendant; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g) The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to danger to the community:

☒ Allegations in the Complaint that in July 2021, Defendant violently assaulted Victim P.V. in front of their two daughters, ages 2 and 3, and that while holding their 2-year-old child Defendant threatened that he would murder Victim P.V. and their two children in their sleep if Victim P.V. attempted to leave and take his children away.

☒ Allegations in the Complaint that Defendant engaged in a pattern of escalating abusive behavior and domestic violence, including incidents of domestic violence against Victim P.V. in 2018, 2019 and 2020, mutilation of a pet cat in April 2021, and forcefully grabbing his 2-year-old child by her hair in July 2021, approximately one week before the assault and threats described in the above paragraph.

☒ In light of the foregoing, Defendant's history of mental health issues is also a factor indicating danger to the community.

It is therefore ORDERED that Defendant John Edward Villafrate be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. See 18 U.S.C. § 3142(i).

Dated: September 27, 2021

PATRICIA DONAHUE

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE